Evan Van Leer-Greenberg, Esq.
VAN LEER & GREENBERG, ESQS.
132 Nassau Street, Suite 219
New York, New York 10038
Tel. (212) 962-1596
vanleergreenberg@gmail.com
*Both Pro Se, and as Attorneys for Defendants Van Leer & Greenberg, Esqs., Howard Barry Greenberg, Individually and As Agent, and Maria Yolanda Lopez-Reyes*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EMILE HERIVEAUX,** | Civil Action No. 17-CV-9610 |
| **Plaintiff,** | |
| v. | |
| **MARIA YOLANDA LOPEZ-REYES, VAN LEER & GREENBERG, ESQS., EVAN DANA VAN LEER-GREENBERG, individually and as agent of VAN LEER & GREENBERG, ESQS, and HOWARD BARRY GREENBERG, Individually and as agent of VAN LEER & GREENBERG,** | **NOTICE OF APPEARANCE** |
| **Defendants.** | Hon. District Judge Alison J. Nathan |

PLEASE TAKE NOTICE that I hereby enter an appearance both *Pro Se*, and as counsel in this case for Defendants, *Van Leer & Greenberg, Esqs., Howard Barry Greenberg, Individually and As Agent, and Maria Yolanda Lopez-Reyes*. I certify that I am admitted to practice in this Court.

Dated this 3 day of January, 2018.

Respectfully Submitted,

Evan Van Leer-Greenberg, Esq.
VAN LEER & GREENBERG, ESQS.
132 Nassau Street, Suite 219
New York, New York 10038
Tel. (212) 962-1596
vanleergreenberg@gmail.com