Evan Van Leer-Greenberg, Esq.
**VAN LEER & GREENBERG, ESQS.**
132 Nassau Street, Suite 219
New York, New York 10038
Tel. (212) 962-1596
vanleergreenberg@gmail.com
*Both Pro Se, and as Attorneys for Defendants Van Leer & Greenberg, Esqs., Howard Barry Greenberg, Individually and As Agent, and Maria Yolanda Lopez-Reyes*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILE HERIVEAUX, | Civil Action No. 17-CV-9610 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARIA YOLANDA LOPEZ-REYES, VAN LEER & GREENBERG, ESQS., EVAN DANA VAN LEER-GREENBERG, individually and as agent of VAN LEER & GREENBERG, ESQS, and HOWARD BARRY GREENBERG, Individually and as agent of VAN LEER & GREENBERG, | Hon. District Judge Alison J. Nathan, U.S.D.J. |
| Defendants. | |

The undersigned hereby certifies that on January 3, 2018, a copy of the foregoing: (i) The Defendants' Memorandum of Law in Opposition to the Plaintiff's Motion for a Preliminary Injunction; (ii) Certification of Evan Van Leer-Greenberg, Esq., in Opposition to the Plaintiff's Motion for a Preliminary Injunction, along with Supporting Exhibits "A" – "J"; (iii) Certificate of Service; and (iv) Affidavit of Service by Mail on Pro Se Plaintiff, were each filed electronically with the Court and that further, a copy of each of these materials were also arranged to be sent via United States Post Office Priority Mail on January 3, 2018 to:

> **Emile Heriveaux**
> **259 Forest Avenue**
> **Paramus, New Jersey 07652**
> **Pro Se Plaintiff**

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated this __3__ day of January, 2018.

Respectfully Submitted,

_____
Evan Van Leer-Greenberg, Esq.
VAN LEER & GREENBERG, ESQS.
132 Nassau Street, Suite 219
New York, New York 10038
Tel. (212) 962-1596
vanleergreenberg@gmail.com