# VAN LEER & GREENBERG

Attorneys At Law
132 Nassau Street
New York, New York 10038
(212) 962-1596
March 12, 2018

Valerie Van Leer-Greenberg
Howard B. Greenberg
Evan D. Van Leer-Greenberg

Ira I. Van Leer (1923-1989)

<u>Via hand delivery</u>
Honorable Alison J. Nathan, U.S.D.J.
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>Heriveaux v. Maria Yolanda Lopez Reyes, et. al.,</u>
Civil Action No. 17-CV-9610

Dear Honorable Judge Nathan:

    The undersigned, appears both Pro Se and represents the Defendants, Van Leer & Greenberg, Esqs., Howard Barry Greenberg, Individually and As Agent, and Maria Yolanda Lopez-Reyes in the above-captioned matter. In accordance with the Order of this Court dated January 5, 2018, enclosed herewith please find a courtesy copy of the following documents filed yesterday via ECF:

A. <u>DEFENDANTS' MOTION TO DISMISS:</u>

1. The Defendants' Notice of Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6);

2. The Defendants' Notice Pursuant to Local Rule 12.1 with FRCP Rule 56 annexed;

3. The Defendants' Memorandum of Law in Support of Motion to Dismiss;

4. Certification of Evan Van Leer-Greenberg, Esq., in Support of Motion to Dismiss, along with Supporting Exhibits "A" – "T";

5. Proposed Order;

6. Affidavit of Service by Mail on Pro Se Plaintiff; and

7. Certificate of Service.

B. *PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS:*

    1. Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss;

    2. Affidavit of Emile Heriveaux in Opposition to Defendants' Motion to Dismiss, along with Supporting Exhibits "A", "B", "A-1", "B-1", "C-1", "D-1", "E-1", "F-1", and "G-1"; and

    3. Affirmation of Service.

C. *THE DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS:*

    1. The Defendants' Reply Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint;

    2. Certification of Evan Van Leer-Greenberg, Esq., as a Reply and in Further Support of Defendants' of Motion to Dismiss;

    3. Affidavit of Service by Mail on Pro Se Plaintiff; and

    4. Certificate of Service.

Respectfully Submitted,

EVAN VAN LEER-GREENBERG, ESQ.
EVLG/ao
Encl: As above
Cc:   Emile Heriveaux, *Pro Se Plaintiff*, 259 Forest Avenue, Paramus, New Jersey 07652 (via ECF and USPO Regular Mail, *w/o encl.*)
Cc:   Clerk's Office (via ECF)